CA 08-038 ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-0364 LEAH THOMAS V DAVOL INC

Filing Date: 01-18-2008 Case Type: PRODUCT LIABILITY
Case Status: CLOSED DURING DISCOVERY Status Date: 01-25-2008

Plaintiff: LEAH THOMAS Attorney: DAVID MOROWITZ
ID: @10964741

Defendant: DAVOL INC
ID: @10952115
Defendant: C R BARD INC
ID: @10952116

**Scheduled Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Case Jacket**

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| Date | Description | Text |
|---|---|---|
| 01-18-2008 | COMPLAINT FILED | |
| 01-18-2008 | INITIAL FILING FEE | |
| 01-18-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP264444. |
| 01-25-2008 | NOTICE OF REMOVAL | TO U S DISTRICT COURT<br>Affiliated: DAVOL INC |
| 01-25-2008 | CASE REMVD TO US DISTRICT CT | U S DISTRICT COURT # CA 08 38 ML<br>Affiliated: DAVOL INC |
| 01-25-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Office of ... Superior Court
... Bristol
... Island