UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LEAH THOMAS

v.

DAVOL, INC. and
C.R. BARD, INC.

CA 08-038 ML
MDL CASE NO. 07-1842 ML

ORDER

This case is related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842 ML. This case is therefore consolidated for pretrial purposes with MDL Case No. 07-1842 ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-6, as well as any additional Practice and Procedure Orders entered by the Court in the future.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
January 29, 2008